UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DANIEL OKOE,
*on behalf of himself and others similarly situated*,

                                                  Case No.:18-cv-09161 (VEC)(KNF)

                              Plaintiff,

        -against-

IBERIA FOODS CORP.,

                             Defendant.
---------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

     PLEASE TAKE NOTICE that Defendant IBERIA FOODS CORP. will move this Court, before the Honorable Valerie E. Caproni, U.S.D.J., at the United States Court House, 40 Foley Square, New York, New York, as soon as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the action against Defendant for failure to state a cause of action, together with such other and further relief as the Court may deem just and proper.

Dated: December 7, 2018
       New York, New York

                              CYRULI SHANKS HART & ZIZMOR LLP

                              By:_____/s/_*Jeffrey C. Ruderman*_____
                                 Jeffrey C. Ruderman (7812)
                              420 Lexington Avenue
                              Suite 2320
                              New York, NY 10170
                              (212) 661-6800
                              Jruderman@cshzlaw.com
                              Attorneys for Defendant