UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

DANIEL OKOE,

        Plaintiff,

v.

IBERIA FOODS CORP.,

        Defendant.

----------------------------------------------------------X

Case No.: 18-cv-9161(VEC)(KNF)

## STIPULATION OF DISMISSAL OF IBERIA FOODS CORP. WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff, individually, and Defendant, Iberia Foods Corp., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action as against Iberia Foods Corp., is dismissed with prejudice to refiling. Notwithstanding, this dismissal against Iberia Foods Corp. is without prejudice to any allegation or claim raised in a different action by any other person included in the class definition alleged in Plaintiff's complaint. Each party hereto will bear its own fees and costs.

Dated: April 30, 2019

| | |
|---|---|
| Plaintiff<br>By authorized counsel:<br><br>_____<br>C.K. Lee, Esq.<br>Lee Litigation Group, PLLC<br>30 East 39th Street, Second Floor<br>New York, New York 10016<br>Tel: (212) 465-1180<br>Cklee@leelitigation.com<br>*Counsel for Plaintiff* | Defendant<br>By authorized counsel:<br><br>_____<br>Jeffrey C. Ruderman<br>CYRULI SHANKS<br>420 Lexington Ave., Suite 2320<br>New York, NY 10170<br>Tel: 212-661-6800<br>E-mail: Jruderman@cshzlaw.com<br>*Counsel for Defendant, Iberia Foods Corp* |